# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE LIFELOCK, INC. MARKETING AND SALES PRACTICES LITIGATION, | ) **JUDGMENT IN A CIVIL CASE**<br>)<br>) MDL DOCKET NO. 08-1977-MHM<br>)<br>)<br>)<br>)<br>)<br>) |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order of Dismissal, filed August 31, 2010, final judgment is entered with prejudice and this action is dismissed.

                                                                RICHARD H. WEARE
                                                                 District Court Executive/Clerk

August 31, 2010

                                                                 s/M. Pruneau
                                                                By: Deputy Clerk

cc: (all counsel)